IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                     **Plaintiff,**<br><br>      vs.<br><br>**DAVID M. MARTINEZ,**<br><br>                     **Defendant.** | **CASE NUMBER: 4:17CB3003**<br><br>**VIOLATION L0199394**<br><br><br>**DEFENSE COUNSEL: MIKE HANSEN** |

**JUDGMENT IN A CRIMINAL CASE**
(For a CVB violation)

**THE DEFENDANT** pleaded guilty to violation L0199394 on 02/23/2017.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|
| 43 USC 1733 – DISPOSING OF ANY HOUSEHOLD REFUSE OR WASTE BROUGHT FROM PRIVATE PROPERTY | 4/07/2014 | L0199394 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
February 23, 2017

*s/ Cheryl R. Zwart*
United States Magistrate Judge

March 3, 2017

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $10.00 + $25.00 processing fee | $250.00 | $.00 |

Defendant: SHAWN A. SELPH  Page 2 of 2
Case Number: 4:16MJ3052-001

## FINE

A Fine in the amount of $250.00, Special Assessment of $10.00, and Processing Fee of $25.00 are imposed.

## RESTITUTION

No restitution is hereby ordered.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay; payment of the total criminal monetary penalties shall be due as follows:

Payment of **$70.00** due 3/10/2017 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$65.00** due 4/10/2017 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$50.00** due 5/10/2017 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$50.00** due 6/09/2017 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

Payment of **$50.00** due 7/10/2017 **to the Central Violation Bureau, P.O. Box 71363, Philadelphia, PA, 19176-1363.**

**NOTE**: Defendant is ordered to appear before Judge Cheryl R. Zwart on **August 3, 2017 at 8:30 a.m.** in Courtroom 2, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, if the fine and costs are not paid in full by that time.

_____
CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk