IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiff, | **4:17CB3003** |
| vs. | **VIOLATION L0199394** |
| DAVID M. MARTINEZ, | **ORDER** |
| Defendant. | |

Defendant has made full payment of the fine and costs due in this matter. Therefore,

IT IS ORDERED:

The defendant shall be released from custody.

August 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge